IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS, a Delaware corporation; UMG RECORDINGS, a Delaware corporation,** | ) ) ) ) ) ) | **Civil No. 8:05CV244** |
| **Plaintiffs,** | ) ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| **JOHN DOE,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Notice of Plaintiffs' Dismissal without Prejudice (Filing No. 11). The Defendant has not answered or otherwise made an appearance. The Court concludes that matter should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Accordingly,

IT IS ORDERED:

1. Plaintiffs' Notice of Dismissal without Prejudice (Filing No. 11) is approved, and the relief sought therein is granted; and

2. Plaintiffs' Complaint is dismissed without prejudice.

Dated this 3rd day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge